# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149862

GEORGE C. McDONELL, SR., Individually and
as Trustee of the GEORGE C. McDONELL, SR.,
REVOCABLE LIVING TRUST,
      Plaintiff-Counterdefendant-
      Appellant,

v

CHERRI A. ERICKSON,
      Defendant-Counterplaintiff-
      Appellee.

SC: 149862
COA: 315343
Newaygo CC: 11-019743-CH

_____/

      On order of the Court, the application for leave to appeal the June 26, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2015



Clerk

s0416